E. Earl Pierce, executor of the estate of Andrew P. Callahan, deceased, appellee, v. T. H. Flood & Company et al., appellants. Gen. No. 26,850.

Action upon promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the March term, 1921. Affirmed with statutory damages. Opinion filed April 3, 1922. Certiorari denied by Supreme Court (making opinion final).

Timothy J. Fell, for appellants; Herman P. Haase, of counsel. Clithero & Swett, for appellee; Frank W. Swett, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Ransom E. Walker, administrator of the estate of Louis Nitkiewicz, deceased, appellee, v. City of Chicago, appellant. Gen. No. 26,887.

Action for negligently causing death by permitting a street to remain in a dangerous condition resulting in the death of plaintiff's intestate while riding a bicycle. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed April 3, 1922.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. Finn & Miller, for appellee; Robert S. Cook, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Sam Rosenberg, appellee, v. Herman Elenbogen, trading as H. Elenbogen & Company, appellant. Gen. No. 26,915.

Order of Municipal Court denying defendant's motion to set aside an order granting a nonsuit to plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the March term, 1921. Appeal dismissed. Opinion filed April 3, 1922.

Morris K. Levinson and William S. Kleinman, for appellant. Aaron Soble, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Felice et al., plaintiffs in error. Gen. No. 27,046.

Prosecution for larceny of trunks and contents and receiving stolen property. Defendants convicted of receiving stolen property. Error to the Criminal Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in this court at the October term, 1921. Dismissed as to Mrs. John Felice; reversed as to John Felice; reversed and remanded as to Leo Menard. Opinion filed April 3, 1922.

Richard I. Gavin, for plaintiffs in error; Robert E. Crowe, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice Matchett delivered the opinion of the court.